# EXHIBIT "C"

LISA GRUEN (SBN# 116077)
lgruen@goldbergsegalla.com
AUBREE MACKEY (SBN# 297550)
amackey@goldbergsegalla.com
**GOLDBERG SEGALLA LLP**
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
Telephone:    213.415.7200
Facsimile:    213.415.7299

Attorneys for Defendant
TRISTAR PRODUCTS, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF RIVERSIDE

| | |
|---|---|
| CARMEN THOMAS BUTLER and UNICE BUTLER, <br><br> Plaintiff, <br><br> vs. <br><br> TRISTAR PRODUCTS, INC. and DOES 1 through 100, Inclusive, <br><br> Defendants. | CASE NO.: RIC1904666 <br><br> [Complaint Filed on September 12, 2019] <br><br> **Trial Date: None** <br><br> **NOTICE TO ADVERSE PARTIES AND THE SUPERIOR COURT OF REMOVAL OF ACTION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, AND TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF RIVERSIDE:**

PLEASE TAKE NOTICE that Defendant TRISTAR PRODUCTS, INC., pursuant to 28 U.S.C. § 1441, filed a Notice of Removal of this action in the United States District Court for the Central District of California- Eastern Division on November 4, 2019. The Superior Court of the State of California, County of Riverside, is hereby advised that, pursuant to 28 U.S.C. §§ 1446, the filing of the Notice of Removal in the United States District Court, together with the service and filing of a copy of that Notice with this Court, effects the removal of the above-entitled action, which can proceed no further in this action, unless and until such time as the action may be

**NOTICE TO ADVERSE PARTIES AND THE SUPERIOR COURT OF REMOVAL OF ACTION**
24438556.v1

remanded by order of the United States District Court. A copy of the Notice of Removal is attached to this Notice as **Exhibit A**, and is served and filed herewith.

Defendant therefore reserves all defenses and objections to Plaintiffs' Complaint, including but not limited to, lack of personal jurisdiction, improper venue, forum non conveniens, insufficiency of process, insufficiency of service of process, and failure to state a claim upon which relief can be granted.

DATED: November 4, 2019

GOLDBERG SEGALLA, LLP

By: *Lisa P. Gruen*
LISA P. GRUEN, ESQ.
AUBREE MACKEY, ESQ.
Attorneys for Defendant,
TRISTAR PRODUCTS, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 777 Figueroa St., Ste., 2000, Los Angeles, California 90017.

On November 4, 2019, I served the foregoing document described as

**NOTICE TO ADVERSE PARTIES AND THE SUPERIOR COURT OF REMOVAL OF ACTION**

on the interested parties in this action:

PLEASE SEE ATTACHED PROOF OF SERVICE LIST

__X__   by placing true and correct copies thereof enclosed in sealed envelopes addressed as follows:

__X__   **BY MAIL.** I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail in the County of Los Angeles.

__ __   **BY PERSONAL SERVICE.** I caused such envelopes to be delivered by hand to the offices of the addressee.

__ __   **BY FACSIMILE.** I caused such documents to be sent to the address above via the facsimile number indicated.

__ __   **BY OVERNIGHT MAIL:** By **UPS**, following ordinary business practices for collection and processing of correspondence with said overnight mail service, the document listed above was placed in a sealed envelope addressed to the parties set forth on the attached Service List, and delivered to an authorized courier or driver authorized by the express service carrier, with delivery fees fully prepaid or provided for.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Executed on November 4, 2019, at Los Angeles, California.

__X__   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Amber Taylor*

---
3
**NOTICE TO ADVERSE PARTIES AND THE SUPERIOR COURT OF REMOVAL OF ACTION**
24438556.v1

# SERVICE LIST

*Butler v. Tristar Products, Inc., et al.*
*Case No.:*

| | |
|---|---|
| David R. Shoop, Esq.<br>Thomas S. Alch, Esq.<br>**SHOOP | APLC**<br>9701 Wilshire Blvd., Ste. 950<br>Beverly Hills, CA 90212<br>(310) 620-9533/Phone<br>(310) 620-6330/Fax<br>thomasalch@shooplaw.com<br><br>*Attorneys for Plaintiff* | |