David R. Shoop, Esq. (SBN 220576)
Thomas S. Alch, Esq. (SBN 136860)
**SHOOP | A PROFESSIONAL LAW CORPORATION**
9701 Wilshire Blvd., Suite 950
Beverly Hills, California 90212
Telephone: (310) 620-9533
David.shoop@shooplaw.com
Thomas.alch@shooplaw.com

Attorneys for Plaintiffs, **CARMEN THOMAS BUTLER and UNICE BUTLER**

Lisa Gruen, Esq. (SBN 116077)
Aubree Mackey, Esq. (SBN 297550)
**GOLDBERG SEGALLA LLP**
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
Telephone: (213) 415-7200
lgruen@goldbergsegalla.com
amackey@goldbergsegalla.com

Attorneys for Defendant, **TRISTAR PRODUCTS, INC.**

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CARMEN THOMAS BUTLER and UNICE BUTLER,<br><br>            Plaintiffs,<br><br>   v.<br><br>TRISTAR PRODUCTS, INC. and DOES 1 through 100, Inclusive,<br><br>            Defendants. | Case No: 5:19-cv-02108-JGB-SP<br><br>Honorable Jesus G. Bernal<br>Courtroom: 1<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Removal Date: 11/04/2019<br><br>Trial Date: 1/26/2021 at 9:00 AM |

1
**ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

1     Having read and considered the Joint Stipulation of the Parties, it is hereby ordered that
2 this matter is dismissed with prejudice.
3
4 Dated: November 10, 2020
5                                 Jesus G. Bernal
                                United States District Judge

**ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**